# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of January, two thousand and fifteen.

_____

  TTO Drilling Company, Inc.,
     Plaintiff-Appellant,

  v.                               **ORDER**
                                  Docket No. 14-4217

  Judith L. Hopkinson,
     Defendant-Appellee.

_____

    Appellant moves for leave to file a supplemental appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court